UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
NELSON SOTO REYES, AUGUSTO SESAM IBOY,
ALVARO SESAM IBOY and RENE MALLOQUIN,
individually and on behalf of others similarly                          18-CV-1211 (JFB)(ARL)
situated,

                                        Plaintiffs,          **CLERK'S CERTIFICATE**


                 -v.-


NABIS DELICATESSEN, INC. d/b/a Burnside Deli,
and HURMUT HOTAKI a/k/a Hurmat Hotaki,

                                        Defendants
-----------------------------------------------------------------------X


        I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of

New York, do hereby certify that this action commenced on February 23, 2018 with the filing of

a Summons and Complaint.

        A copy of the Summons and Complaint was duly served on defendant Nabis

Delicatessen, Inc. d/b/a Burnside Deli via service on Nancy Dougherty, authorized agent of the

Secretary of State of the State of New York on March 14, 2018.

        Proof of the above service was duly filed on May 18, 2018.

        I further certify that the docket entries indicate that the aforesaid defendant has not filed

an answer or otherwise moved with respect to the Complaint herein.  The default of defendant

Nabis Delicatessen, Inc. d/b/a Burnside Deli is hereby noted.

 Dated: Central Islip, New York
          August 17, 2018


                                                DOUGLAS C. PALMER
                                                Clerk of the Clerk
                                                /s/ Laurie Coleman
                                        By:_____