```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NELSON SOTO REYES, AUGUSTO SESAM
IBOY, ALVARO SESAM IBOY, and RENE
MALLOQUIN, individually and on behalf of
all others similarly situated,

                Plaintiffs,
                                                                    DEFAULT JUDGMENT
         - against -                                                CV 18-1211 (SJF) (ARL)

NABIS DELICATESSEN, INC., d/b/a Burnside
Deli, and HURMUT HOTAKI, a/k/a Hurmat
Hotaki,

                Defendants.
----------------------------------------------------------------X
```

An Order of The Honorable Joseph F. Bianco, United States District Judge, having been filed on February 26, 2019, temporarily granting in part and denying in part plaintiffs' motion for a default judgment; and an Order of The Honorable Sandra J. Feuerstein, United States District Judge, having been filed on August 21, 2019; accepting in its entirety the July 30, 2019 Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay, awarding plaintiffs damages on their default judgment against defendants in the following amounts: (i) ninety-eight thousand eight hundred ninety dollars and seventy-five cents ($98,890.75) in unpaid minimum and overtime wages; (ii) ninety-eight thousand eight hundred ninety dollars and seventy-five cents ($98,890.75) in liquidated damages; (iii) twenty thousand dollars ($20,000.00) for wage notice violations and twenty thousand dollars ($20,000.00) for wage statement violations; and (iv) seven thousand six hundred seven dollars and fifty cents ($7,607.50) in attorneys' fees and costs, and directing the Clerk of the Court to enter judgment in accordance with the February 26, 2019 Order, and the August 21, 2019 and close this case, it is

**ORDERED AND ADJUDGED** that plaintiffs Nelson Soto Reyes, Augusto Sesam Iboy, Alvaro Sesam Iboy, and Rene Malloquin's motion for a default judgment against defendants Nabis Delicatessen, Inc., and Hurmut Hotaki is granted; that plaintiffs are awarded damages in

the amount of $237,781.50, and attorneys' fees and costs of $7,607.50 as against defendants; and that this case is closed.


Dated: August 22, 2019
      Central Islip, New York

                                DOUGLAS C. PALMER
                                CLERK OF THE COURT

                    BY:    /S/ JAMES J. TORITTO
                                DEPUTY CLERK